IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY SLAUGHTER,<br><br>　　　　Plaintiff,<br>　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK; UNION PACIFIC RAILROAD and DOES 1 through 100, inclusive,<br>　　　　Defendants. | No. C 09-5987 MMC<br><br>**ORDER OF DISMISSAL** |

　　　The parties having advised the Court that they have agreed to a settlement of the above-titled action,

　　　IT IS HEREBY ORDERED that all claims alleged herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within sixty days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

　　　**IT IS SO ORDERED.**

Dated: December 1, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Maxine M. Chesney_
　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge