1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  LIZA SIU MENDOZA, State Bar No. 242493
   lsiumendoza@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
5  Telephone:    (510) 433-2600
   Facsimile:    (510) 433-2699
6
   Attorneys for Defendant
7  NATIONAL RAILROAD PASSENGER
   CORPORATION AND UNION PACIFIC
8  RAILROAD COMPANY

9              UNITED STATES DISTRICT COURT

10   NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

11

12 | LEROY SLAUGHTER | Case No. 3:09-CV-05987 MMC |

13 | Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

14 | v. | Action Filed: November 9, 2009 |

15 | NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK; UNION PACIFIC RAILROAD and |

16 | DOES 1 through 100, inclusive, |

17 | Defendants. |

18

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

13249-37416 LSM 592576.1                     1                   Case No. 3:09-CV-05987 MMC

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

1    IT IS HEREBY STIPULATED by and between plaintiff LEROY SLAUGHTER and

2  defendant NATIONAL RAILROAD PASSENGER COMPANY, through their designated

3  counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to

4  Federal Rules of Civil Procedure, rule 41(a)(1).  Each party agrees to bear their own costs.

5

6  DATED: January 11, 2011                    LAW OFFICES OF BARON J. DREXEL

7

8                                             By:_____/s/ Baron J. Drexel_____
                                                      BARON J. DREXEL
9                                                     Attorney for Plaintiff
                                                      LEROY SLAUGHTER
10

11

12  Dated: January 13, 2011                    LOMBARDI, LOPER & CONANT, LLP

13

14                                            By:_____/s/ Liza Siu Mendoza_____
                                                      LIZA SIU MENDOZA
15                                                    Attorneys for Defendants
                                                      NATIONAL RAILROAD PASSENGER
16                                                    CORPORATION AND UNION PACIFIC
                                                      RAILROAD COMPANY
17

18  IT IS SO ORDERED.

19  Dated:  _January 19_____, 2011

20                                            _____
                                              HONORABLE MAXINE M. CHESNEY
21                                            UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

13249-37416 LSM 592576.1                      2                    Case No. 3:09-CV-05987 MMC

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541